IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| REGINA GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3-04-1120 |
| vs. ) | |
| ) | JURY DEMAND |
| DUAL DIAGNOSIS MANAGEMENT, ) | |
| LLC, MICHAEL CARTWRIGHT, ) | |
| DEANNA RAIH, and TERI STOKES, ) | |
| ) | |
| Defendants. ) | |

_____

### NOTICE OF SPECIAL APPEARANCE
_____

The firm of Shuttleworth Williams, PLLC, by and through Kirk D Catron, herewith give notice of his appearance as the attorney and counselor of record for REGINA GILBERT and that this Notice is not a general appearance of the Plaintiff as all issues related to jurisdictional, procedural and/or substantive rights, defenses or contentions are specifically reserved.

Respectfully submitted,

SHUTTLEWORTH WILLIAMS, PLLC

/s/ Kirk D Catron
KIRK D CATRON (BPR No 023552)
108 North Church Street
Murfreesboro, TN 37130
615-849-3808

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been sent by U.S. Mail, postage paid to J. Scott Hickman, Esq.,424 Church Street, Suite 2000, Nashville, TN 37210 on this the 29th day of July, 2005.

                                  /s/ Kirk D Catron
                                  Kirk D Catron