# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| REGINA N. GILBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3-04-1120 |
| ) | |
| DUAL DIAGNOSIS MANAGEMENT, ) | JURY DEMAND |
| LLC, MICHAEL CARTWRIGHT, ) | |
| DEANNA RAIH, and TERI STOKES, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, all matters in controversy herein have been resolved and it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that this case should be dismissed with prejudice.

ENTERED this ____ day of _____, 2005.

_____
JUDGE

**APPROVED FOR ENTRY:**

  /s/ Kirk D. Catron
Kirk D. Catron (No. 23552)
108 North Church Street
Murfreesboro, Tennessee 37130
(615) 849-3808

Attorney for Plaintiff

   /s/ Scott Hickman
J. Scott Hickman (No. 17407)
SHERRARD & ROE, PLC
SunTrust Financial Center
424 Church Street, Suite 2000
Nashville, TN 37219
(615) 742-4200

Attorneys for Defendants